**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUL -8 PM 2:37

CLERK M. Apeus
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Kenneth Timmons

Crim. No. 4:05CR00335-1

On October 30, 2015, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Christopher Gaines
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ____8th____ day of ____July____, 2019.

_____
Dudley H. Bowen, Jr.
United States District Judge